# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

December 21, 2022

<u>Via ECF</u>
Magistrate Judge James M. Wicks
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: <u>Garcia, et al. v. JAAC Corp., et al., Index No. 21-cv-07052 (JS)(JMW)</u>

Dear Judge Wicks:

 We represent the Defendants in this action. We write to respectfully request an extension of time to submit the settlement agreement in this action for Court approval, from December 23, 2022 to January 13, 2023. We make this request with the consent of the Plaintiffs. The parties are in the process of finalizing the agreement and obtaining signatures. No other case deadlines will be affected by the proposed extension. The parties were previously granted an extension of time from December 2, 2022 to December 23, 2022 to submit the settlement agreement for Court approval.

 We thank the Court for its attention to this matter.

              Respectfully submitted,

               /s/ Joshua S. Androphy
              Joshua S. Androphy Esq.

cc: All counsel (via ECF)